In the Matter of the Claim of Harry Schweitzer, Respondent, against Barnett Goldsmith, Appellant. Workmen's Compensation Board, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.